IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEILA A. KAZAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 13-60 |
| | ) |
| SLIPPERY ROCK UNIVERSITY OF PENNSYLVANIA, SUSAN HANNAM, JACK LIVINGSTON, and WILLIAM WILLIAMS, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

AND NOW, this 30th day of March, 2016, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 70) and brief, statement of facts, and appendix in support thereof (Doc. Nos. 71, 72 and 73), filed in the above captioned matter on March 3, 2015, and in further consideration of Plaintiff's responses thereto (Doc. Nos. 78, 79, 80, and 81), filed on March 20, 2015, and in consideration of Defendants' replies (Doc. Nos. 84, 85, and 86), filed on April 6, 2015, and Plaintiff's supplemental brief (Doc. No. 90), filed on August 4, 2015,

IT IS HEREBY ORDERED that said Motion is GRANTED for the reasons set forth in the Court's Memorandum Opinion filed herewith. Summary Judgment is hereby entered in favor of Defendants as to Counts One and Two, and the Court will dismiss Count Three without prejudice to any right Plaintiff may have to pursue administrative relief.

               s/Alan N. Bloch
               Alan N. Bloch
               United States District Judge

ecf: Counsel of Record